UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LORI JACOBS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART STORES, INC., a Delaware corporation,<br><br>　　　　　　　Defendant. | CASE NO. C17-5988RJB<br><br>VERDICT FORM<br><br>*Original* |

We, the jury, find as follows:

1. On Plaintiff's Americans with Disabilities Act claim, we find for

　　　　　_____*Plaintiff*_____
　　　　　　(write in Plaintiff or Defendant)


2. On Plaintiff's Washington Law Against Discrimination claim, we find for

　　　　　_____*Defendant*_____
　　　　　　(write in Plaintiff or Defendant)

3. Only if you have found for Plaintiff on one or both of her claims, complete the following verdicts:

Having found for Plaintiff on one or both of her claims, we fix her damages as follows:

a) Past wages and salaries lost

$ 221,566

b) Future wages and salaries lost

$ 223,054

c) On the ADA claim, pain, suffering and other damages listed in Instruction No 26.

$ 650,000

d) On the WLAD claim, pain, suffering and other damages listed in Instruction No 26.

$ 0

e) Of the amounts listed in Paragraph 3c and 3d, this amount is found in both paragraphs and is duplicative:

$ 0

4. Only if you have found for Plaintiff in Paragraph 1 on her Americans with Disabilities Act claim, complete the following verdicts:

We find that punitive damages ____should not____ be awarded.
(write in "should" or "should not")

Having found that punitive damages should be awarded, we fix the punitive damages at

$ _____

Dated this 6 day of March, 2019.

███████████████
Jury Foreperson