UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORI JACOBS,<br><br>                Plaintiff,<br>   v.<br><br>WAL-MART STORES, INC.,<br><br>                Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER:  C17-5988RJB |

  X  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict as follows:

On Plaintiff's Americans with Disabilities Act claim, jury finds for PLAINTIFF in the amount of $221,566 for past wages and salaries lost, $223,054 for future wages and salaries lost, and $300,000 for pain, suffering, and similar damages.

On Plaintiff's Washington Law Against Discrimination claim, jury finds for DEFENDANT.

This case is DISMISSED.

| | |
|---|---|
|      March 6, 2019      | WILLIAM M. McCOOL<br>Clerk<br>/s/ Tyler Campbell<br>By Tyler Campbell, Deputy Clerk |