UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LORI JACOBS,

        Plaintiff,

v.

WAL-MART STORES, INC.,

        Defendant.

SUPPLEMENTAL JUDGMENT RE: ATTORNEY'S FEES AND TAX CONSEQUENCES

CASE NO. 3:17-cv-05988-RJB

___ **Jury Verdict.** This action came to consideration before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX** **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court finds for the PLAINTIFF in the following amounts: $671,047.50 for fees of counsel and staff; $54,384.05 for expenses of litigation; $92,273.00 for tax consequences; and $4,999.00 for prejudgment interest, for a total of $822,703.55.

Dated this 23rd day of April, 2019.

        William M. McCool
        Clerk of Court

        s/Tyler Campbell
        Tyler Campbell, Deputy Clerk

Supplemental Judgment