*Honorable Robert J. Bryan*

UNITED STATES DISTRICT COURT
WESTERN DISRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LORI JACOBS,<br><br>             Plaintiff/Appellee,<br><br>      v.<br><br>WALMART STORES, INC.,<br><br>             Defendant/Appellant. | No. 3:17-cv-05988-RJB<br><br>AMENDED NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT |

Walmart Stores, Inc., defendant/appellant, seeks review by the United States Court of Appeals for the Ninth Circuit of the Supplemental Judgment Re: Attorney's Fees and Tax Consequences (Dkt. 275), entered on April 23, 2019. This Notice of Appeal amends the Notice of Appeal filed on March 29, 2019 (Dkt. 265) to add the Supplemental Judgment, and should be considered with Ninth Circuit Court of Appeals Cause No. 19-35251.

DATED this 17th day of May, 2019.

SMITH GOODFRIEND, P.S.

By: */s/Howard M. Goodfriend*
Howard M. Goodfriend, WSBA # 14355

By: */s/Catherine W. Smith*
Catherine W. Smith, WSBA # 9542

By: */s/Ian C. Cairns*
Ian C. Cairns, WSBA # 43210

Attorneys for Defendant/Appellant

AMENDED NOTICE OF APPEAL - 1
No. 3:17-cv-05988-RJB

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974   FAX (206) 624-0809

**Representation Statement**

Counsel for Defendant/Appellant Walmart Stores, Inc.:

Laura E. Kruse
Nicole Brodie Jackson
Sylvia Karen Bamberger
Betts Patterson & Mines PS
701 Pike Street, Suite 1400
Seattle WA 98101-3927
(206) 292-9988
lkruse@bpmlaw.com
nbrodiejackson@bpmlaw.com
kbamberger@bpmlaw.com

Counsel for Plaintiff/Appellee Lori Jacobs:

James Walter Beck
Janelle Ellen Chase Fazio
Stephanie L. Bloomfield
Kristina Southwell,
Gordon Thomas Honeywell LLP
1201 Pacific Avenue, Suite 2100
Tacoma WA 98402-4314
(253) 620-6500
jbeck@gth-law.com
jchasefazio@gth-law.com
sbloomfield@gth-law.com
ksouthwell@gth-law.com

AMENDED NOTICE OF APPEAL - 2
No. 3:17-cv-05988-RJB

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974   FAX (206) 624-0809

CERTIFICATE OF SERVICE

I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Western District of Washington using the CM/ECF system which will send notification of such filing to all counsel of record.

**DATED** at Seattle, Washington this 17th day of May, 2019.

*/s/Tara D. Friesen*

AMENDED NOTICE OF APPEAL - 3
No. 3:17-cv-05988-RJB

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974   FAX (206) 624-0809