| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 18 2019 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

LORI JACOBS,

        Plaintiff-Appellee,

 v.

WAL-MART STORES, INC., a Delaware corporation,

        Defendant-Appellant.

No.   19-35053
       19-35251

D.C. No. 3:17-cv-05988-RJB
Western District of Washington, Tacoma

ORDER

Before: Peter L. Shaw, Appellate Commissioner.

    Appellant's unopposed motion (Docket Entry No. 13) to file Volume 2 of the excerpts of record under seal is granted. The Clerk shall publicly file the motion, the opening brief, and Volume 1 of the excerpts of record, and shall file Volume 2 under seal.

    The existing briefing schedule continues in effect.

SVG/Sealed Documents