*Honorable Robert J. Bryan*

UNITED STATES DISTRICT COURT
WESTERN DISRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LORI JACOBS,<br><br>                Plaintiff,<br><br>v.<br><br>WALMART STORES, INC.,<br><br>                Defendant. | No. 3:17-cv-05988-RJB<br><br>SATISFACTION OF JUDGMENT |

Lori Jacobs, plaintiff and judgment creditor in this action, hereby acknowledges full satisfaction of the judgments entered in this action against Walmart Stores, Inc., defendant and judgment debtor, in full, together with interest, attorney fees and expenses. The judgment by jury was entered in the U.S. District Court for the Western District of Washington under the above-referenced cause number on March 6, 2019 (Dkt. 250). The undersigned plaintiffs and judgment creditors also hereby acknowledge satisfaction in full of the district court's supplemental judgment granting attorney fees, costs and expenses, entered on April 23, 2019 (Dkt. 275).

SATISFACTION OF JUDGMENT - 1

Smith Goodfriend, P.S.
1619 8ᵀᴴ Avenue North
Seattle, Washington 98109
(206) 624-0974   Fax (206) 624-0809

DATED this \_\_14th\_\_ day of August, 2019.

GORDON THOMAS HONEYWELL LLP

By: *Stephanie Bloomfield*
Stephanie L Bloomfield, WSBA No. 24251
James Walter Beck, WSBA No. 34208
Janelle Ellen Chase Fazio, WSBA No. 51254
Kristina Southwell, WSBA No. 51097

Attorneys for Plaintiff and Judgment Creditor Lori Jacobs

STATE OF WASHINGTON   )
                      ) ss.
COUNTY OF PIERCE      )

On this \_\_14th\_\_ day of August, 2019, before me, the undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally appeared Stephanie L. Bloomfield, to me known to be, or having shown satisfactory evidence of being, the individual described in and who executed the foregoing instrument, and acknowledged to me that he signed and sealed the said instrument as his free and voluntary act and deed for the uses and purposes therein mentioned.

WITNESS my hand and official seal hereto affixed the day and year in this certificate above written.

*Margaret Archer*
NOTARY PUBLIC in and for the State of Washington, residing at Tacoma
My appointment expires 7/12/21
Printed Name: Margaret Archer

SATISFACTION OF JUDGMENT - 2

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974   FAX (206) 624-0809

CERTIFICATE OF SERVICE

I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Western District of Washington using the CM/ECF system which will send notification of such filing to all counsel of record.

**DATED** at Seattle, Washington this 16th day of August, 2019.

*/s/Andrienne E. Pilapil*