

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 21 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LORI JACOBS,　　Plaintiff-Appellee,　v.　WAL-MART STORES, INC., a Delaware corporation,　　Defendant-Appellant. | No.　19-35053　D.C. No. 3:17-cv-05988-RJB Western District of Washington, Tacoma　ORDER |

Appellant's motion to dismiss this appeal voluntarily (docket #28) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Chris Goelz
Circuit Mediator